**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

CASE NO:

DAVID MACE,

    Plaintiff,

vs.

LIBERTY MUTUAL INSURANCE
COMPANY, a Massachusetts
Corporation,

    Defendants.
_____/

## NOTICE OF REMOVAL

COMES NOW the Defendant, LIBERTY MUTUAL INSURANCE COMPANY (hereinafter "Liberty Mutual"), by and through its undersigned attorney, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this matter from the Circuit Court of the Fifteenth Judicial Circuit of Florida, in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, West Palm Beach Division, and in support thereof states as follows:

    **I.    The Procedural Requirements For Removal Have Been Satisfied**

Defendant has complied with the requirements of 28 U.S.C. § 1446 and Local Rule 4.02 in that:

    A.    Accompanying this Notice of Removal is composite Exhibit "A" that contains a copy of all process, pleadings and orders served upon Defendant, as required by 28 U.S.C. § 1446(a). Additional pleadings, process and orders and other papers or exhibits of every kind, filed with the Circuit Court of the Fifteenth Judicial

Circuit in and for Palm Beach County, Florida, have been requested and will be filed upon receipt.

B. This Notice of Removal is being filed within thirty (30) days after receipt of a pleading whereby this matter first became removable, as required by 28 U.S.C. § 1446(b). The pleading triggering removal was the Complaint served upon Liberty Mutual on September 19, 2017. *See* Notice of Service of Process, attached as part of Exhibit "A."

C. Defendant has served upon Plaintiff this Notice of Removal and attached exhibits, as required by 28 U.S.C. § 1446(d).

D. Defendant will file with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida this Notice of Removal and attached exhibits, as required by 28 U.S.C. § 1446(d).

E. A short and concise statement of the grounds for removal is set forth below.

## II.    Grounds For Removal

1. Plaintiff, DAVID MACE, commenced this action on September 15, 2017, in the Circuit Court of the FIFTEENTH Judicial Circuit in and for Palm Beach County, Florida, bearing case number 2017-CA-009942.

2. On September 19, 2017, Plaintiff served Defendant through its Registered Agent with a summons and a copy of the Complaint. A copy of the summons served is included in Exhibit "A."

3. Upon information and belief, Plaintiff is a citizen of the State of Florida. See Exhibit "B," proof of Plaintiff's citizenship.

4.     Defendant is a Massachusetts corporation with its principal place of business in Boston, Massachusetts, and was not at the time of the commencement of said action, or at any time thereafter, a citizen of the State of Florida for purposes of 28 U.S.C. §1332. See Exhibit "C," Defendant's citizenship documents.

5.     On the face of the Complaint, Plaintiff seeks damages *in excess of* $15,000.00, the jurisdictional minimum of the Circuit Court of Palm Beach County. *See* Complaint at ¶ 1.

6.     Plaintiff asserts that Defendant is the insurance carrier for Plaintiff, providing uninsured/underinsured motorist coverage. See Complaint at ¶ 6.

7.     Plaintiff asserts that Defendant is obligated to pay the uninsured/underinsured motorist policy benefits to Plaintiff. See Complaint at ¶ 8.

8.     In his Complaint, Plaintiff asserts that he sustained personal injuries when the vehicle David Mace was operating was struck by a vehicle operated by Phillip Miller. *See* Complaint at ¶ 11.

9.     Plaintiff asserts that Phillips Miller was an underinsured motorist. *See* Complaint at ¶ 11.

10.    Plaintiff has demanded the uninsured motorist policy limits of $250,000. See Exhibit "D," letter dated January 11, 2017, from Plaintiff's attorney, Mark T. Packo, to Defendant, with averments of over $236,677.83 in past medical bills.

11.    Complete diversity existed between Plaintiff and Defendant at the time Plaintiff commenced this action in state court.  As complete diversity exists as of the time of the filing of this Notice of Removal, and as the amount in controversy exceeds

the sum of $75,000.00, exclusive of interest and costs, this Court has original jurisdiction over this action as defined in 28 U.S.C. § 1332(a)(1).

WHEREFORE, Defendant respectfully requests that the above-styled action be removed from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the West Palm Beach District of Florida.

DATED this 18th day of October, 2017.

Respectfully submitted,

_____
NICOLE P. RAMOS, TRIAL COUNSEL, Attorney for Defendant
Florida Bar No. 17750
Law Offices of J. Christopher Norris
Two Datran Center - Suite 1520
9130 S. Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-9339
Attorney for Defendant
Primary e-mail (eservice only):
MiamiLegalMail@libertymutual.com
Secondary e-mail:
nicole.ramos@libertymutual.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of October, 2017, the foregoing Notice of Removal was served by United States Mail upon the following:

Plaintiff's Counsel:
Mark T. Packo, Esq.
Ellis, Ged & Bodden, P.A.
7171 N. Federal Highway
Boca Raton, FL 33487
Primary E-Mail: litlaw@egblaw.com

_____
NICOLE P. RAMOS, TRIAL COUNSEL, Attorney for Defendant
Florida Bar No. 17750
Law Offices of J. Christopher Norris
Two Datran Center - Suite 1520
9130 S. Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-9339
Attorney for Defendant
Primary e-mail (eservice only):
MiamiLegalMail@libertymutual.com
Secondary e-mail:
nicole.ramos@libertymutual.com